**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ROUS, JAIME ELIZABETH § | Case No. 10-70153 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 11/24/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Dated:  09/30/2010          By:   /s/JAMES E. STEVENS
                                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ROUS, JAIME ELIZABETH       § Case No. 10-70153
                                   §
                                   §
Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,661.72 |
| *and approved disbursements of* | $ 5.34 |
| *leaving a balance on hand of* [1] | $ 5,656.38 |

Claims of secured creditors will be paid as follows:

*Claimant*                                             *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 1,316.17 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*               *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,446.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 11,829.21 | $ 2,100.17 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 616.99 | $ 109.54 |
| 3 | Steven A. Figved | $ 12,000.00 | $ 2,130.50 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

Case 10-70153    Doc 30    Filed 10/04/10    Entered 10/06/10 23:39:33    Desc Imaged
                  Certificate of Service    Page 5 of 5

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1          Date Rcvd: Oct 04, 2010
Case: 10-70153                Form ID: pdf006            Total Noticed: 19

The following entities were noticed by first class mail on Oct 06, 2010.
db           +Jaime Elizabeth Rous,    1723 Cashel Lane,    McHenry, IL 60050-7306
aty          +Michael Fradin,   Roth Melei,    454 W Virginia,    Crystal Lake, IL 60014-5966
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14984645     +Chase BP Private Label,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14984646     +Chase Manhattan Mortgage,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
14984647      Chase Mastercard,    PO Box 94014,    Palatine, IL 60094-4014
14984648     +CitiFinancial,    Best Buy,    PO Box 22066,    Tempe, AZ 85285-2066
14984653    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court:  HSBC Retail Services,    PO Box 15524,    Wilmington, DE  19850)
14984652      Home Depot Credit Services,    PO Box 6530000,    Dallas, TX  75625-3000
14984655     +Lane Bryant Retail,    450 Winks Lane,    Bensalem, PA 19020-5932
15343037     +PYOD LLC its successors and assigns as assignee of,   Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14984644     +RothMelei,    454 W Virginia Street,    Crystal Lake, IL 60014-5966
14984643     +Rous Jaime E,    1723 Cashel Lane,    McHenry, IL 60050-7306
14984650     +Steven A. Figved,    210 North Tatge Avenue,    Bartlett, IL 60103-4127
14984656     +Westgate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
The following entities were noticed by electronic transmission on Oct 05, 2010.
14984649     +E-mail/Text: lucyc@myconsumers.org                           Consumers Credit Union,
               2750 Washington Street,    Waukegan, IL 60085-4900
14984651      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2010 01:22:18      Discover Financial Services,
               PO Box 15316,    Wilmington, DE  19850
15236393      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2010 01:22:18      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14984654     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 05 2010 01:22:02      Kohl's Charge,
               N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 06, 2010**                          **Signature:** *Joseph Speetjens*